■    LARRY ZILUCK, Appellant, v. LILLIAN ZILUCK, Respondent.— Judgment entered on February 24, 1960, dismissing the complaint, unanimously reversed, on the law and on the facts and a new trial ordered, with costs to abide the event. At the opening of the trial the court stated: "Counsel have agreed here to submit this case to the court on an agreed statement of facts." The record fails to set forth the facts agreed upon and it appears that material facts are in dispute. On this record there is no evidentiary basis for the judgment. The record, incomplete as it is, suggests the feasibility of a trial of the issues raised by the pleadings. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ. [23 Misc 2d 323.]

■    EDITH STEINAU, Respondent-Appellant, v. LESLIE STEINAU, JR., Appellant-Respondent.— Judgment fixing permanent alimony in the sum of $225 per week, unanimously modified, on the law and on the facts, by reducing the alimony to $200 per week, and, as so modified, affirmed, without costs. On this record we find the award made to be excessive. Settle order on notice. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■    HENRY J. COOGAN, Respondent-Appellant, v. MILLICENT C. COOGAN, Appellant-Respondent.— Order, entered on April 5, 1960, as denies defendant-appellant-respondent's motion for summary judgment, and as fails to grant summary judgment in favor of plaintiff-respondent-appellant, unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■    MARIAN E. MCLAUGHLIN, Individually and as Executrix of D. HUMES MCLAUGHLIN, Deceased, and as a Stockholder of 254 HOLDING CORPORATION and MACLA CORPORATION, Respondent, v. 254 HOLDING CORPORATION et al., Appellants.— Order, entered on April 12, 1960, denying in all respects defendants' motion to dismiss the complaint on various grounds and to strike out certain matter as allegedly sham, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

# SECOND DEPARTMENT, JANUARY, 1961

## (January 3, 1961)

■    In the Matter of the Application of ISRAEL SLOCHOWSKY, a Suspended Attorney, for Reinstatement as an Attorney.— Motion by suspended attorney, whose period of suspension has expired, for reinstatement to the Bar, referred: (a) to the Committee on Character and Fitness of the Second Judicial District for investigation and report as to the applicant's character and fitness and as to his activities and conduct since his suspension, and for the committee's recommendation; and (b) to the District Attorney of Kings County, the petitioner in the prior disciplinary proceeding, for a statement with his comments and recommendation. The motion will be held in abeyance pending the filing of said report and statement. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.